BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-0049 MMC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF DETENTION |
| LUIS ALBERTO SOUSA, | |
| Defendant. | |

    On October 13, 2017, the defendant appeared before the Honorable Judge Corley for an initial appearance on the Indictment in this case. At that time, the government moved for detention. On October 19, 2017, the Court held a hearing on the detention motion.

    The Court has carefully considered the report submitted by United States Pretrial Services, which recommends that the defendant be detained pending trial because of the risk of flight. The Court has also considered the proffer by defense counsel that members of the defendant's family and his significant other are willing to serve as sureties on a bond, information that was not available at the time the Pretrial Services report was drafted. The Court has also taken into consideration the fact that the defendant turned himself in to face these charges. Finally, the court considered argument by

[~~PROPOSED~~] ORDER OF DETENTION
CR 14-0049 MMC

government counsel regarding the defendant's history.

Based on these considerations, and for the reasons to follow, the Court finds by a preponderance of the evidence that the defendant poses a risk of flight and finds by clear and convincing evidence that the defendant presents a danger to the community, and it finds that no conditions or combination of conditions can mitigate these risks.

The defendant has a lengthy criminal history, starting at age 15. He has several felony convictions, including for firearms, for providing false identification to peace officers, for assault with a deadly weapon, not a firearm, and for possession of a controlled substance while armed. This criminal history indicates that the defendant poses a danger to the community should he be released.

The Pretrial Services Report also indicates that in 2013, a search of premises controlled by the defendant uncovered evidence of drug trafficking, and the defendant fled to avoid prosecution for those charges. In doing so, he abandoned his family, including two young children. For this reason, the fact that the defendant turned himself in and the fact that family members are willing to serve as sureties are not sufficient to mitigate the risk of flight.

In addition, the charges in the indictment carry a presumption that defendant should be detained pending trial, and the Court finds that the defendant has not overcome this presumption.

For these reasons, the Court orders that the defendant be detained and remanded to the custody of the U.S. Marshals pending trial.

IT IS SO ORDERED.

Dated: October 20, 2017

HON. NANDOR J. VADAS
United States Magistrate Judge

[PROPOSED] ORDER OF DETENTION
CR 14-0049 MMC